1
2
3
4                                   **UNITED STATES DISTRICT COURT**
5                                              **DISTRICT OF NEVADA**
6
7   LINWOOD EDWARD TRACY, Jr. et al.,           )
                                                )
8                  Plaintiffs,                  )
                                                )      3:11-cv-00152-RCJ-VPC
9          vs.                                  )      3:11-cv-00165-RCJ-VPC
                                                )
10  MARK J. SALDINO et al.,                     )      **ORDER**
                                                )
11                 Defendants.                  )
    _____        )

These two consolidated cases arise out of the allegedly illegal taxation of church property in Los Angeles County, California.

In the '152 case, the Court denied a motion to recuse, dismissed with leave to amend to add an equal protection claim, and transferred the case to the Central District of California. Plaintiff has filed additional motions in the '152 case, which appear to amount to successive motions to recuse or motions to reconsider dismissal and transfer. Plaintiff must direct all motions concerning that case to Case No. 2:11-cv-05547-PSG-VBK in the Central District of California.

The Court dismissed the '165 case as precluded by previous litigation. In that case, Plaintiff has filed two motions that appear to amount to successive motions to recuse or motions to reconsider dismissal.

///

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that the Motions (ECF Nos. 45, 50) in Case No. 3:11-cv-00152-RCJ-VPC are DENIED and the Clerk shall not accept any further motions in that case.

IT IS FURTHER ORDERED that the Motions (ECF Nos. 21, 22) in Case No. 3:11-cv-00165-RCJ-VPC are DENIED.

IT IS SO ORDERED.

Dated this 18th day of August, 2011.

_____
ROBERT C. JONES
United States District Judge